BEFORE:  JOAN M. AZRACK                     DATE: 10/13/2021
UNITED STATES DISTRICT JUDGE              TIME: 11:00 AM (1 hr)

<u>**CRIMINAL CAUSE FOR STATUS CONFERENCE**</u>

**FILED**
**CLERK**

12:42 pm, Oct 13, 2021

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**DOCKET NO.  20-cr-251 (JMA)**

**DEFENDANT: Jose Moises Blanco          DEF. #: 2**
☒ Present     ☐ Not present      ☒ Custody     ☐Bail/Surrender
**DEFENSE COUNSEL: Justine Harris, Karloff Commissiong**
☐ Federal Defender      ☒ CJA        ☐ Retained

**DEFENDANT: Oseas Gonzalez          DEF. #: 3**
☒ Present     ☐ Not present      ☒ Custody     ☐Bail/Surrender
**DEFENSE COUNSEL: Doug Ramseur, James Roth**
☐ Federal Defender      ☒ CJA        ☐ Retained

**DEFENDANT: Victor Lopez-Morales          DEF. #: 5**
☒ Present     ☐ Not present      ☐ Custody     ☐Bail/Surrender
**DEFENSE COUNSEL: Christopher Adams, John Whipple,**
☐ Federal Defender      ☒ CJA        ☐ Retained

**DEFENDANT: Ever Morales-Lopez          DEF. #: 6**
☒ Present     ☐ Not present      ☒ Custody     ☐Bail/Surrender
**DEFENSE COUNSEL: Peter Quijano**
☐ Federal Defender      ☒ CJA        ☐ Retained

**DEFENDANT: David Sosa-Guevara          DEF. #: 7**
☒ Present     ☐ Not present      ☒ Custody     ☐Bail/Surrender
**DEFENSE COUNSEL: John Holdridge, Xavier Donaldson**
☐ Federal Defender      ☒ CJA        ☐ Retained

**DEFENDANT: Kevin Torres          DEF. #: 8**
☒ Present     ☐ Not present      ☒ Custody     ☐Bail/Surrender
**DEFENSE COUNSEL: Elizabeth Macedonio**
☐ Federal Defender      ☒ CJA        ☐ Retained

**AUSA: Justina Geraci, Megan Farrell, Paul Scotti**

INTERPRETER:  Mario Michelena, Maya Gray (Spanish)

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Fred Guerino          COURTROOM DEPUTY: LMP

☒ Case Called. ☒ Counsel present for all sides.

☐ Initial Appearance and Arraignment held.

☐ Defendant waives public reading of the Indictment and enters a plea of not guilty.

☒ Waiver of speedy trial entered; time excluded from 10/13/2021 through 2/4/2022.

☐ Order setting conditions of release and bond entered.

☐ Permanent order of detention entered.

☐ Temporary order of detention entered.

    ☐ Detention hearing scheduled for .

☐ Bail hearing held. Disposition:

☒ Next court appearance scheduled on 2/4/2022 at 11:30 AM before Judge Azrack in Courtroom 920 of the Long Island Courthouse.

Defendant ☐ Released on Bond ☐ Remains in Custody.

OTHER: Case designated complex. Mitigation submissions due by 10/21/2022.