

52 Duane Street – 7th Floor – New York, New York 10007
Telephone: 917-533-5965 • Email: emacedonio@Yahoo.com

February 19, 2026

**Electronically Filed**

Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: United States v. Kevin Torres
20 Cr. 251 (JMA)

Dear Judge Azrack:

    Karl Schwartz, Carla Sanderson and I represent Kevin Torres in the above matter. With the consent of the Government, we write asking that the case be adjourned to a date in May or June for sentencing. It is currently on the Court's calendar for March 5, 2026.

    The within request is made to allow the Probation Department time to file a Presentence Report following Mr. Torres' plea of guilty before Magistrate Judge Lee G. Dunst on January 17, 2025.

    We thank Your Honor for her consideration.

                                           Respectfully submitted,
                                           *Elizabeth E. Macedonio*
                                           Elizabeth E. Macedonio
                                           Karl Schwartz
                                           Carla M. Sanderson
                                           *Attorneys for the Defendant*
                                           *Kevin Torres*

All Counsel Via ECF